**Fill in this information to identify the case:**

Debtor name **Oath Corporation**

United States Bankruptcy Court for the: MIDDLE DISTRICT OF FLORIDA

Case number (if known) **6:16-bk-03988**

■ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors

**12/15**

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☐ *Schedule H: Codebtors* (Official Form 206H)
- ☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **August 2, 2016**

X **/s/ David M. Golloher**
Signature of individual signing on behalf of debtor

**David M. Golloher**
Printed name

**President**
Position or relationship to debtor



Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Oath Corporation** |
| United States Bankruptcy Court for the: | **MIDDLE DISTRICT OF FLORIDA** |
| Case number (if known): | **6:16-bk-03988** |

■ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

**12/15**

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| AFCO Insurance<br>P.O. Box 371889<br>Pittsburgh, PA<br>15250 | | Factoring insurance | | | | $10,151.95 |
| Air Centers of Florida<br>9311 Solar Drive<br>Tampa, FL 33619 | | goods or services | | | | $10,931.12 |
| Allan Fine<br>25 Hurwood Ave<br>Merritt Island, FL<br>32953 | | Unpaid wages | | | | $5,257.00 |
| Alternative for Industry<br>2251 Whitefield Pk<br>Sarasota, FL 34243 | | goods or services | | | | $15,050.97 |
| Cornerstone Supply<br>5860 Timuquana Rd<br>Jacksonville, FL<br>32210 | | goods or services | | | | $4,756.89 |
| Derek K. Miller<br>3138 Lowndes Drive<br>Winter Park, FL<br>32792 | | Unpaid wages | | | | $5,211.39 |
| Dixon Electric<br>2170 W. King Street, Ste C3<br>Cocoa, FL 32926 | | Equipment installation | | | | $31,411.25 |
| Gary L. O Neal<br>17888 67th Ct N<br>Loxahatchee, FL<br>33470-3000 | | Lawsuit filed in Brevard County Circuit Court. Case No. 2016-CA-021961 | Disputed | | | $10,515.64 |
| Internal Revenue Service<br>P.O. BOX 7346<br>Philadelphia, PA<br>19101-7346 | | 941 Taxes | Disputed | | | Unknown |



Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor **Oath Corporation** Case number *(if known)* **6:16-bk-03988**
Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Jag Window Tinting<br>725 S. Cocoa Blvd<br>Cocoa, FL 32922 | | goods or services | | | | $4,886.00 |
| Mager Dolce & Paruas, LLC<br>2719 Hollywood Blvd<br>Hollywood, FL 33020 | | Professional Services | | | | $133,804.04 |
| Oak Wholesale Dist<br>259 Gus Hipp Blvd<br>Rockledge, FL 32955 | | goods or services | | | | $11,500.00 |
| Richard Kurtz<br>c/o William Hearon, P.A.<br>One SE third Ave, #3000<br>Miami, FL 33131 | | Settlement. Lawsuit filed Brevard County Circuit Court. Case no. 2015-CA-33936 | | | | $1,850,000.00 |
| T-Mobile<br>P.O. Box 742596<br>Cincinnati, OH 45274 | | Cell phone service | | | | $5,338.64 |
| Thomas-Horstemeyer<br>400 Interstate N Pkwy<br>Suite 1500<br>Atlanta, GA 30339 | | Professional Services patent attorney | | | | $13,640.50 |
| Trese Printing<br>2040 Murrell Rd<br>Rockledge, FL 32955 | | goods or services | | | | $4,726.33 |
| Uline<br>P.O. Box 88741<br>Chicago, IL 60680 | | goods or services-shipping | | | | $5,312.84 |
| United States Brass & Copper<br>976 Eagle Way<br>Chicago, IL 60678 | | goods or services | | | | $24,621.66 |
| UPS<br>P.O. Box 7477-0244<br>Philadelphia, PA 19170 | | goods or services | | | | $10,960.20 |
| Williams Metals & Welding Alloys<br>125 Strafford Ave, Ste. 108<br>Wayne, PA 19087 | | goods or services | | | | $26,870.00 |



Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name **Oath Corporation**

United States Bankruptcy Court for the: MIDDLE DISTRICT OF FLORIDA

Case number (if known) **6:16-bk-03988**

■ Check if this is an amended filing

# Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals

**12/15**

Part 1: **Summary of Assets**

1. ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B*.................. $ **0.00**

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*.................. $ **1,781,192.77**

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B*.................. $ **1,781,192.77**

Part 2: **Summary of Liabilities**

2. ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*.................. $ **1,994,317.75**

3. ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

   **3a. Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*.................. $ **864,566.90**

   **3b. Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*.................. +$ **2,217,182.53**

4. **Total liabilities** ..................
   Lines 2 + 3a + 3b $ **5,076,067.18**



Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name **Oath Corporation**

United States Bankruptcy Court for the: MIDDLE DISTRICT OF FLORIDA

Case number (if known) **6:16-bk-03988**

■ Check if this is an amended filing

# Official Form 206A/B
# Schedule A/B: Assets - Real and Personal Property

**12/15**

**Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).**

**Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.**

**For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.**

## Part 1: Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.

■ Yes Fill in the information below.

**All cash or cash equivalents owned or controlled by the debtor** | **Current value of debtor's interest**

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **Community Credit Union checking account acct ending: 2601** | **Checking Account** | **2601** | **$1,338.78** |

4. **Other cash equivalents** *(Identify all)*

4.1. **Southstar Capital, LLC is holding escrow funds to be returned to Debtor per court order.** **$12,461.38**

5. **Total of Part 1.** **$13,800.16**

Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

## Part 2: Deposits and Prepayments

6. **Does the debtor have any deposits or prepayments?**

☐ No. Go to Part 3.

■ Yes Fill in the information below.

7. **Deposits, including security deposits and utility deposits**
Description, including name of holder of deposit

7.1. **Utility deposit with Florida Power**
**This deposit was applied to the outstanding balance.** **$4,750.00**

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**



Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor **Oath Corporation** Case number *(If known)* **6:16-bk-03988**
Name

Description, including name of holder of prepayment

9. **Total of Part 2.** **$4,750.00**
Add lines 7 through 8. Copy the total to line 81.

**Part 3: Accounts receivable**

10. **Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.
■ Yes Fill in the information below.

11. **Accounts receivable**

11a. 90 days old or less: **208,668.79** (face amount) - **0.00** (doubtful or uncollectible accounts) = .... **$208,668.79**

12. **Total of Part 3.** **$208,668.79**
Current value on lines 11a + 11b = line 12. Copy the total to line 82.

**Part 4: Investments**

13. **Does the debtor own any investments?**

■ No. Go to Part 5.
☐ Yes Fill in the information below.

**Part 5: Inventory, excluding agriculture assets**

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☐ No. Go to Part 6.
■ Yes Fill in the information below.

| | General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| 19. | **Raw materials**<br>**900 pounds of gunpower, unknown number of stocks, 450,000 primers, 420,000 cases, 115,000 projectiles** | | **Unknown** | | **$0.00** |
| 20. | **Work in progress**<br>**ammunition in progress** | | **Unknown** | | **$70,000.00** |

21. **Finished goods, including goods held for resale**

22. **Other inventory or supplies**


Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor **Oath Corporation** Case number *(If known)* **6:16-bk-03988**
Name

| | | | | |
|---|---|---|---|---|
| **inventory and materials that were taken by Carlos Arrieta, Arturo Limonta, Michael Duarte and Roger E. Bassin. There is a pending Court order for the return of these items. See Exhibit A/B-22** | | **Unknown** | | **$410,054.02** |

23. **Total of Part 5.** **$480,054.02**
Add lines 19 through 22. Copy the total to line 84.

24. **Is any of the property listed in Part 5 perishable?**
■ No
☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
■ No
☐ Yes. Book value ______ Valuation method ______ Current Value ______

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
■ No
☐ Yes

**Part 6: Farming and fishing-related assets (other than titled motor vehicles and land)**

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No. Go to Part 7.
☐ Yes Fill in the information below.

**Part 7: Office furniture, fixtures, and equipment; and collectibles**

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.
■ Yes Fill in the information below.

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 39. | **Office furniture**<br>**Office furniture and fixtures See exhibit A/B -41** | **$9,354.01** | | **$9,354.01** |
| 40. | **Office fixtures** | | | |
| 41. | **Office equipment, including all computer equipment and communication systems equipment and software**<br>**See attached exhibit A/B -41** | **$9,465.79** | | **$9,465.79** |
| 42. | **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |


Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor **Oath Corporation** Case number *(If known)* **6:16-bk-03988**
Name

43. **Total of Part 7.** **$18,819.80**
Add lines 39 through 42. Copy the total to line 86.

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
- ■ No
- ☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
- ■ No
- ☐ Yes

## Part 8: Machinery, equipment, and vehicles

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

- ☐ No. Go to Part 9.
- ■ Yes Fill in the information below.

| | General description<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 47. | **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 48. | **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| 49. | **Aircraft and accessories** | | | |
| 50. | **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)** | | | |
| | **See exhibit A/B-50** | **$0.00** | | **$1,055,100.00** |

51. **Total of Part 8.** **$1,055,100.00**
Add lines 47 through 50. Copy the total to line 87.

52. **Is a depreciation schedule available for any of the property listed in Part 8?**
- ■ No
- ☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
- ■ No
- ☐ Yes

## Part 9: Real property

54. **Does the debtor own or lease any real property?**

- ■ No. Go to Part 10.
- ☐ Yes Fill in the information below.

## Part 10: Intangibles and intellectual property

59. **Does the debtor have any interests in intangibles or intellectual property?**

- ☐ No. Go to Part 11.
- ■ Yes Fill in the information below.


Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor **Oath Corporation** Case number *(If known)* **6:16-bk-03988**
Name

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 60. | **Patents, copyrights, trademarks, and trade secrets** **See attached exhibit A/B -60 of patents applied for** | **$0.00** | | **Unknown** |

61. **Internet domain names and websites**

62. **Licenses, franchises, and royalties**

63. **Customer lists, mailing lists, or other compilations**

64. **Other intangibles, or intellectual property**

65. **Goodwill**

66. **Total of Part 10.** **$0.00**
Add lines 60 through 65. Copy the total to line 89.

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**
- ■ No
- ☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
- ■ No
- ☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
- ■ No
- ☐ Yes

## Part 11: All other assets

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

- ☐ No. Go to Part 12.
- ■ Yes Fill in the information below.

| | | Current value of debtor's interest |
|---|---|---|
| 71. | **Notes receivable** Description (include name of obligor) | |
| 72. | **Tax refunds and unused net operating losses (NOLs)** Description (for example, federal, state, local) | |
| 73. | **Interests in insurance policies or annuities** | |
| 74. | **Causes of action against third parties (whether or not a lawsuit has been filed)** **Possible tort action against- 1.Carlos Arrieta 2. Arturo Limonta 3. Michael Duarte 4. Roger E. Bassin** | **Unknown** |
| | Nature of claim: **Civil theft, conversion** | |
| | Amount requested: **$0.00** | |



Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor **Oath Corporation** Case number *(If known)* **6:16-bk-03988**
Name

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

76. **Trusts, equitable or future interests in property**

77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

78. **Total of Part 11.** **$0.00**
Add lines 71 through 77. Copy the total to line 90.

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
- ■ No
- ☐ Yes


Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor **Oath Corporation** Case number *(If known)* **6:16-bk-03988**
Name

## Part 12: Summary

**In Part 12 copy all of the totals from the earlier parts of the form**

| | Type of property | Current value of personal property | | Current value of real property |
|---|---|---|---|---|
| 80. | **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | **$13,800.16** | | |
| 81. | **Deposits and prepayments.** *Copy line 9, Part 2.* | **$4,750.00** | | |
| 82. | **Accounts receivable.** *Copy line 12, Part 3.* | **$208,668.79** | | |
| 83. | **Investments.** *Copy line 17, Part 4.* | **$0.00** | | |
| 84. | **Inventory.** *Copy line 23, Part 5.* | **$480,054.02** | | |
| 85. | **Farming and fishing-related assets.** *Copy line 33, Part 6.* | **$0.00** | | |
| 86. | **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | **$18,819.80** | | |
| 87. | **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | **$1,055,100.00** | | |
| 88. | **Real property.** *Copy line 56, Part 9*..........................................................................................> | | | **$0.00** |
| 89. | **Intangibles and intellectual property.** *Copy line 66, Part 10.* | **$0.00** | | |
| 90. | **All other assets.** *Copy line 78, Part 11.* | + **$0.00** | | |
| 91. | **Total.** Add lines 80 through 90 for each column | **$1,781,192.77** | **+** 91b. | **$0.00** |

92. **Total of all property on Schedule A/B**. Add lines 91a+91b=92 **$1,781,192.77**



Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

# OATH Corporation
## A/R Aging Detail
### As of June 15, 2016

| | Type | Date | Num | P. O. # | Name | Terms | Due Date | Class | Aging | Open Balance |
|---|---|---|---|---|---|---|---|---|---|---|
| **Current** | | | | | | | | | | |
| | Invoice | 05/19/2016 | 20109 | 042916 | AmmoZone Corporation | Net 30 | 06/18/2016 | Customers:Distributor | | 3,690.00 |
| | Invoice | 05/27/2016 | 20111 | 0352888 | Big Rock Sports, LLC:BRS-Billings, MT | 5% Net 30 | 06/26/2016 | Customers:Distributor | | 14,732.00 |
| | Invoice | 05/27/2016 | 20112 | 0355061 | Big Rock Sports, LLC:BRS-Billings, MT | 5% Net 30 | 06/26/2016 | | | 8,018.50 |
| | Invoice | 06/07/2016 | 20117 | 0355066 | Big Rock Sports, LLC:BRS-Hamlet, NC | 5% Net 30 | 07/07/2016 | Customers:Distributor | | 10,710.00 |
| | Invoice | 06/07/2016 | 20118 | 0359284 | Big Rock Sports, LLC:BRS-Hamlet, NC | 5% Net 30 | 07/07/2016 | Customers:Distributor | | 262.50 |
| | Invoice | 06/07/2016 | 20119 | 0352886 | Big Rock Sports, LLC:BRS-Hamlet, NC | 5% Net 30 | 07/07/2016 | Customers:Distributor | | 8,216.00 |
| Total Current | | | | | | | | | | 45,629.00 |
| **1 - 30** | | | | | | | | | | |
| | Invoice | 04/17/2016 | 20113 | 042916 | AmmoZone Corporation | Net 30 | 05/17/2016 | Customers:Distributor | 29 | 14,075.00 |
| | Invoice | 04/22/2016 | 20100 | 0352886 | Big Rock Sports, LLC:BRS-Hamlet, NC | 5% Net 30 | 05/22/2016 | Customers:Distributor | 24 | 1,700.00 |
| | Invoice | 04/22/2016 | 20101 | 0355066 | Big Rock Sports, LLC:BRS-Hamlet, NC | 5% Net 30 | 05/22/2016 | | 24 | 5,345.00 |
| | Invoice | 04/27/2016 | 20103 | 0352888 | Big Rock Sports, LLC:BRS-Billings, MT | 5% Net 30 | 05/27/2016 | Customers:Distributor | 19 | 2,428.00 |
| | Invoice | 04/27/2016 | 20104 | 0355061 | Big Rock Sports, LLC:BRS-Billings, MT | 5% Net 30 | 05/27/2016 | | 19 | 1,620.00 |
| | Invoice | 06/01/2016 | 20122 | 042916 | AmmoZone Corporation | PRE-PAID | 06/01/2016 | | 14 | 3,737.50 |
| | Invoice | 06/07/2016 | 20114 | 01282016 | Oaks Wholesale Distributors | | 06/07/2016 | | 8 | 1,945.00 |
| | Invoice | 06/14/2016 | 20123 | 042916 | AmmoZone Corporation | PRE-PAID | 06/14/2016 | | 1 | 21,191.50 |
| Total 1 - 30 | | | | | | | | | | 52,042.00 |
| **31 - 60** | | | | | | | | | | |
| | Invoice | 04/22/2016 | 20102 | 110520-00 | Zanders Sporting Goods | Net Receipt of Goods | 04/22/2016 | | 54 | 3,040.00 |
| | Invoice | 04/27/2016 | 20105 | 110520-00 | Zanders Sporting Goods | Net Receipt of Goods | 04/27/2016 | | 49 | 1,835.00 |
| | Credit Memo | 04/29/2016 | 20106 | | Big Rock Sports, LLC | | 04/29/2016 | | 47 | -1,030.08 |
| | Credit Memo | 04/29/2016 | 20107 | | Big Rock Sports, LLC | | 04/29/2016 | | 47 | -515.04 |
| | Invoice | 04/01/2016 | 20097 | 0355061 | Big Rock Sports, LLC:BRS-Billings, MT | 5% Net 30 | 05/01/2016 | | 45 | 10,810.00 |
| | Invoice | 04/01/2016 | 20098 | 0355066 | Big Rock Sports, LLC:BRS-Hamlet, NC | 5% Net 30 | 05/01/2016 | | 45 | 14,400.00 |
| Total 31 - 60 | | | | | | | | | | 28,539.88 |
| **61 - 90** | | | | | | | | | | |
| | Invoice | 02/16/2016 | 20086 | 4952300 | Cheaper Than Dirt CTD, Inc | Net 30 | 03/17/2016 | Customers:Distributor | 90 | 215.70 |
| | Invoice | 02/25/2016 | 20092 | 01282016 | Oaks Wholesale Distributors | Net 30 | 03/26/2016 | | 81 | 510.00 |
| | Invoice | 03/31/2016 | 20096 | 112368-00 | Zanders Sporting Goods | Net Receipt of Goods | 03/31/2016 | | 76 | 3,000.00 |
| | Invoice | 04/12/2016 | 20099 | 16-00960 | Fairburn Police Department | Due on receipt | 04/12/2016 | Customers:Law Enforcement | 64 | 1,533.17 |
| | Invoice | 03/15/2016 | 20094 | 01282016 | Oaks Wholesale Distributors | Net 30 | 04/14/2016 | | 62 | 360.00 |
| Total 61 - 90 | | | | | | | | | | 5,618.87 |
| **> 90** | | | | | | | | | | |
| | Credit Memo | 08/20/2015 | 1001 | 4676413 | Cheaper Than Dirt CTD, Inc | | 08/20/2015 | Customers:Distributor | 300 | -179.70 |
| | Invoice | 11/03/2015 | 20031 | | Liberty Guns | Net 15 | 11/18/2015 | Customers:Dealer | 210 | 1,431.46 |
| | Invoice | 11/16/2015 | 20046 | | Liberty Guns | Net 10 | 11/26/2015 | Customers:Dealer | 202 | 1,346.95 |
| | Invoice | 11/20/2015 | 20047 | | Liberty Guns | Net 10 | 11/30/2015 | Customers:Distributor | 198 | 1,374.05 |
| | Credit Memo | 11/30/2015 | 20053 | | Beikirch's | | 11/30/2015 | Customers:Dealer | 198 | -4,172.50 |
| | Invoice | 12/03/2015 | 20055 | | The AR Bunker | COD | 12/03/2015 | Customers:Dealer | 195 | 758.95 |
| | Invoice | 12/08/2015 | 20057 | | Governor's Gun Club | Due on receipt | 12/08/2015 | Customers:Dealer | 190 | 311.05 |
| | Invoice | 12/15/2015 | 20073 | | Coffeyville Gun Werkz | Credit Card | 12/15/2015 | Customers:Dealer | 183 | 652.30 |
| | Invoice | 12/16/2015 | 20063 | | The AR Bunker | Due on receipt | 12/16/2015 | Customers:Dealer | 182 | 304.05 |
| | Invoice | 12/18/2015 | 20067 | | Dead Center | Due on receipt | 12/18/2015 | Customers:Dealer | 180 | 608.10 |
| | Invoice | 12/22/2015 | 20071 | 76187 | SRT Supply, Inc. | Due on receipt | 12/22/2015 | Customers:Distributor | 176 | 700.00 |
| | Invoice | 01/11/2016 | 20075 | | Marshall Firearms | Due on receipt | 01/11/2016 | | 156 | 112.00 |

# OATH Corporation
## A/R Aging Detail
### As of June 15, 2016

| | Type | Date | Num | P. O. # | Name | Terms | Due Date | Class | Aging | Open Balance |
|---|---|---|---|---|---|---|---|---|---|---|
| | Invoice | 01/11/2016 | 20076 | | Governor's Gun Club | Due on receipt | 01/11/2016 | Customers:Dealer | 156 | 1,236.70 |
| | Invoice | 01/18/2016 | 20081 | | Governor's Gun Club | Due on receipt | 01/18/2016 | Customers:Dealer | 149 | 821.30 |
| | Invoice | 01/11/2016 | 20078 | | Liberty Guns | Net 10 | 01/21/2016 | Customers:Dealer | 146 | 1,558.75 |
| | Invoice | 02/05/2016 | 20083 | 112368-00 | Zanders Sporting Goods | Net Receipt of Goods | 02/05/2016 | | 131 | 3,445.00 |
| | Invoice | 02/10/2016 | 20087 | 116705-00 | Zanders Sporting Goods | Net Receipt of Goods | 02/10/2016 | Customers:Distributor | 126 | 170.00 |
| | Invoice | 02/15/2016 | 20089 | 112368-00 | Zanders Sporting Goods | Net Receipt of Goods | 02/15/2016 | | 121 | 2,417.50 |
| | Invoice | 02/16/2016 | 20090 | | Liberty Guns | Due on receipt | 02/16/2016 | Customers:Dealer | 120 | 608.10 |
| | Invoice | 02/29/2016 | 20093 | 112368-00 | Zanders Sporting Goods | Net Receipt of Goods | 02/29/2016 | | 107 | 3,940.00 |
| | Invoice | 02/09/2016 | 20084 | 0352886 | Big Rock Sports, LLC:BRS-Hamlet, NC | 5% Net 30 | 03/10/2016 | Customers:Distributor | 97 | 32,739.00 |
| | Invoice | 02/09/2016 | 20085 | 4821400 | Cheaper Than Dirt CTD, Inc | Net 30 | 03/10/2016 | | 97 | 3,555.98 |
| | Invoice | 02/11/2016 | 20088 | 0352888 | Big Rock Sports, LLC:BRS-Billings, MT | 5% Net 30 | 03/12/2016 | Customers:Distributor | 95 | 18,765.00 |
| | Invoice | 03/15/2016 | 20095 | 112368-00 | Zanders Sporting Goods | Net Receipt of Goods | 03/15/2016 | | 92 | 4,335.00 |
| Total > 90 | | | | | | | | | | 76,839.04 |
| **TOTAL** | | | | | | | | | | **208,668.79** |

| | EXHIBIT A/B-22 | | |
|---|---|---|---|
| | | | |
| **QTY** | **Description of Articles (Brand, Type, Model, Color)** | **Serial Number** | **Fair Market $** |
| 600 Boxes | OATH .45 Tango Loaded Ammunition | AT45AUTO | $18,570.00 |
| 500 Boxes | OATH 9MM Tango Loaded Ammunition | AT9MM | $14,750.00 |
| 200 Boxes | OATH .40 S&W Tango Loaded Ammunition | AT40SW | $5,990.00 |
| 200 Boxes | OATH 10MM Tango Loaded Ammunition | AT10MMAUTO | $6,190.00 |
| 200 Boxes | OATH .38 Special Loaded Ammunition | AT38SPCL | $5,790.00 |
| 200 Boxes | OATH .380 Auto Tango Loaded Ammunition | AT380ACP | $5,990.00 |
| 150 Boxes | OATH .357 Magnum Loaded Ammunition | AT357MAG | $4,492.50 |
| 200 Boxes | OATH .45 Halo Loaded Ammunition | AH45AUTO | $4,790.00 |
| 150 Boxes | OATH 9MM Luger Halo Loaded Ammunition | AH9MM | $3,442.50 |
| 100 Boxes | OATH 10MM Halo Loaded Ammunition | AH10MMAUTO | $2,495.00 |
| 400 Boxes | OATH .38 Special Halo Loaded Ammunition | AH38SPCL | $9,180.00 |
| 150 Boxes | OATH .380 Halo Loaded Ammunition | AH380ACP | $3,442.50 |
| 400 Boxes | OATH .357 Magnum Halo Loaded Ammunition | AH357MAG | $9,980.00 |
| 150 Boxes | OATH .40 S&W Halo Loaded Ammunition | AH40SW | $3,592.50 |
| 100 Boxes | OATH 30'06 Match Grade Loaded Ammunition | AH3006C | $3,995.00 |
| 600 Boxes | OATH 300 WIN MAG Match Grade/Copper Loaded Ammunition | AH300WMC | $28,170.00 |
| 300 Boxes | 300 Blackout Tactical//Aluminum Subsonic Loaded Ammunition | AH300AACSUBA | $7,785.00 |
| 100 Boxes | 300 Blackout Match Grade//Copper//Super Loaded Ammunition | AH300AACC | $2,895.00 |
| 300 Boxes | 300 Blackout Match Grade//Brass//Super Loaded Ammunition | AH300AACB | $8,385.00 |
| 100 Boxes | 308 Match Grade//Copper//Subsonic Loaded Ammunition | AH308SUBC | $3,695.00 |
| 400 Boxes | 308 MatchGrade//Copper//Supersonic Loaded Ammunition | AH308C | $14,780.00 |
| 150 Boxes | 338 Lapua Match Grade//Brass Loaded Ammunition | AH338LAPB | $14,692.50 |
| 150 Boxes | 338 Lapua Match Grade//Copper Loaded Ammunition | AH338LAPC | $14,992.50 |
| 45,000 Units | .223//9MM//.45//.25//.38//357//30 CAL Rifle//New Projectiles | PROJMISC | $20,250.00 |
| 2,000 LBS | 1/2" Diameter X 12' Copper Alloy 110 Machine Stock | R110-05000 | $8,123.28 |
| | 3/8" Diameter X 12' Copper Alloy 110 Machines Stock | R110-03750 | $9,795.00 |
| 2,000 LBS | 3/8" Diameter X 12' Brass Alloy 110 Machine Stock | R360-0375 | $6,703.38 |
| 500 LBS | 1/2" Diameter X 12 Aluminum Rod Alloy Machine Stock | R7075-11250 | $4,548.94 |
| 16 LBS | 7/8" Diameter X 12' Aluminumm Rod Alloy Machines Stock | R7075-11250 | $299.88 |
| 42 LBS | 3/4" Diameter X 12' HO4 OFHC Copper Machine Stock | R101-07500 | $378.00 |
| 1,500 LBS | 3/8" Diameter X 12' Copper Alloy Machine Stock | R110-03750 | $5,610.00 |
| 500 LBS | 1/2" Diameter 12" HO4 OFHC Copper Machine Stock | R101-05000 | $2,146.25 |
| 500 LBS | 3/8" Diameter X 12' OFHC Copper Rod Alloy 101 Machines Stock | R101-03750 | $2,150.00 |
| 20 LBS | 3/8" Diameter X 12' OFHC Copper Rod Alloy 101 Machines Stock | R101-03750 | $100.00 |
| 20 LBS | 1/2" Diameter X 12' HO4 OFHC Copper Machine Stock | R101-05000 | $100.00 |
| 3,000 LBS | 3/8" Diameter X 12' Copper Alloy 110 Machine Stock | R110-03750 | $11,527.68 |
| 3,000 LBS | 3/8" Diameter X 12' Copper Alloy 110 Machines Stock | R110-03750 | $11,527.68 |
| 1,000 LBS | 1/2" Diameter X 12' Copper Alloy 110 Machine Stock | R110-05000 | $4,062.72 |
| 2,000 LBS | 3/8" Diameter X 12' Copper Alloy 110 Machines Stock | R110-03750 | $4,157.58 |
| 500 LBS | 3/8" Diameter X 12' Brass Alloy 360 Machine Stock | R360-03750 | $1,762.45 |
| 2,000 LBS | 3/8" Diameter X 12' Copper Alloy 110 Machines Stock | R110-03750 | $8,148.14 |
| 1,000 LBS | 3/8" Diameter X 12' Brass Copper Alloy 360 Machine Stock | R360-03750 | $3,500.47 |
| 1,000 LBS | 3/8" Diameter X 12' Copper Alloy 110 Machine Stock | R110-03750 | $4,229.40 |
| 123 LBS | 7/8" Diameter X 12" Aluminum 7075 Alloy Machine Stock | R7075-T651 | $1,041.81 |
| 206 LBS | 3/4" Diameter X 12" 110 Copper Alloy Machine Stock | ASTMB187C110 | $1,229.82 |
| 80 LBS | Short Barstock in Feeder Lengths | R_C110 | $225.00 |
| 15 Boxes | CCI Large Rifle Mag Primers (5,000 per box) "Explosives" | CCI PRIME | $480.00 |
| 80 Boxes | WinchesterLarge Pistol Primers (5,000 per box) "Explosives" | WIN PRIME | $2,400.00 |
| 1 Jug | Hogdon 4895 Gun Powder (5 Pounds) "Explosives" | H4895 #8 | $180.00 |
| 1 Jug | Hogdon LIL Gun #8 Gun Powder (5 Pounds) "Explosives" | HLILG #8 | $175.00 |
| 2 Jugs | Winchester 760 #8 Gun Powder "Explosives" | WIN 760 | $370.00 |

| | | | |
|---|---|---|---|
| 24 Jugs | IMR 3031 #1 Gun Powder "Explosives" | IMR3031 | $672.00 |
| 21 Jugs | Hgdon Retumbo #1 "Explosives" | H RETUMBO | $563.85 |
| 1 Barrel | TITE Group #35 "Explosives" | TG #35 | $700.00 |
| 22 Bags | 300 ACC Jamison Unprimed Brass Cases (100 per bag) | B300ACC | $1,452.00 |
| 5 Units | Hogdon HS-6 #1 Gun Powder "Explosives" | HS6-#1 | $115.00 |
| 24 Jugs | IMR 7828 #1 Gun Powder "Explosives" | IMR 7828 | $600.00 |
| 92 Boxes | Winchester Small Pistol Primers "Explosives" | WINPP | $2,760.00 |
| 12 Boxes | 9MM Remington Unprimed Brass New (50 per box) | 9MMBRAS | $120.00 |
| 12 Boxes | 9MM Remington Primed Brass New (50 per box) | 9MMBRASSP | $120.00 |
| 6,000 RND | Lake City .223 Unprimed Brass Loose Container | .233BRASS | $1,380.00 |
| 1,200 Units | .223 Remington/.30 Cabine 20 Round Cardboard Trays | CBTRAYS | $384.00 |
| 800 Units | Large Rifle Trays Packaging | CBTRAYS | $256.00 |
| 100 Units | Extra Large Rifle Trays for Packages | CBTRAYS | $26.00 |
| 14,400 Units | 45-20 Cartridge Trays | 45 Tray | $2,073.60 |
| 21,600 Units | 9MM- 20 Tray Holders for Packages | 9MMTRAY | $2,743.20 |
| 3,300 Units | PRVI Partizan 300 WIN Brass 100 Unit Bags | 832027 | $1,871.65 |
| 1,000 Units | PRVI Partizan Reloading Brass 100 Unit Bags | 101012 | $514.00 |
| 5 Units | Frankford Aresenal Brass Cleaner | 178649 | $159.95 |
| 1 Unit | Frankford Aresenal Brass Cleaner | 472108 | $32.99 |
| 10 Units | Lyman Turbo Brass Cleaning Solutions | 515275 | $269.90 |
| 2 Units | Lyman Turbo Brite | 649045 | $37.98 |
| 6,000 Units | .223 Unprimed Brass (100 per bag) | PPU223 | $1,389.10 |
| 6,000 Units | PRVI Brass 223 Remington (100 per bag) | PPU223 | $1,319.40 |
| 1,300 Units | Winchester 30'06 Unprimed Brass | WINU3006 | $303.69 |
| 7,000 Units | PRVI Partizan 338 Lapua Brass | PPY338L | $9,099.30 |
| 1,200 Units | PRVI Partizan 7.7X 58 JAP | PPU77X58 | $539.89 |
| 1,000 Units | PRVI Partizan 308 Wincheter Unprimed Brass | PPU308 | $358.35 |
| 2,200 Units | PRVI Partizan 7.7X 58 JAP | PPU77X58 | $951.54 |
| 2,000 Units | Starline Brass 9MM Luger | SU9MM | $255.86 |
| 8 LBS | Hodgdon HS6 Gun Powder | HDHS68 | $149.34 |
| 23 Units | PRVI Brass 308 Unprimed | PPU308 | $852.61 |
| 2,500 Units | PRVI Brass 338 Lapua | PPU338L | $3,347.25 |
| 2 Units | Remington Small Pistol Primers (5,000 per case) | CASERM112 | $288.38 |
| 2 Units | Winchester Small Pistol 1.5 Primers (5,000 per case) | CASEUNWSP | $255.42 |
| | Starline Brass .40 S&W Unprimed Brass | SU40SW | $315.29 |
| | Starline Brass 9MM Luger Unprimed | SU9MM | $265.00 |
| 2,000 Units | Starline Brass .40 S&W Unprimed | SU40SW | $315.20 |
| 1 Unit | CCI Primer 300 Large Pistol "Explosives" (5,000 in case) | CCI330 | $117.41 |
| 1 Unit | Remington Primers 7.5 Small Rifle "Explosives" (1,000 in case) | RM712B | $29.86 |
| 2 Units | Winchester Primer Small Pistol (5,000 in each case) | CASEWINSP | $255.42 |
| 55 Units | Dillon Precision Box containing 55 items unopened//Shotgun | BATCH6501 | $1,554.67 |
| 15 Units | Cear Ballistics FBI Gel Blocks | 608729261421 | $1,278.60 |
| 15,000 Units | Starline 9MM Brass Cases | STAR9MM | $1,770.00 |
| 10,000 Units | Starline .45 Brass Cases Unprimed | STAR.45 | $1,475.00 |
| 6,500 Units | Starline .40 Brass Cases Unprimed | STAR.40SW | $900.25 |
| 8,500 Units | Starline 380 Auto Brass Cases | STAR380 | $1,054.00 |
| 7,500 Units | Starline 9MM Brass Unprimed | STAR9MM | $885.00 |
| 5,000 Units | Starline .45 Auto Unprimed Cases | STAR45A | $737.50 |
| 6,500 Units | Starline .38 Special Brass Unprimed | STAR38S | $767.00 |
| 5,500 Units | Starline .357 Special Brass Unprimed | STAR357 | $671.00 |
| 1,000 Units | Starline .458 Socom Brass | STAR458SO | $590.00 |
| 3,000 Units | Starline .40S&W Brass Cases | ST40SW | $415.00 |
| 5,000 Units | Starline .45 Auto Brass Cases Unprimed | ST45AUTO | $737.50 |
| 8,500 Units | Starline .380 Auto Brass Cases | ST380AUTO | $1,054.00 |

| | | | |
|---|---|---|---|
| 7,500 Units | Starlin 9MM Cases Unprimed | STAR9MM | $885.00 |
| 66,000 | .45 Auto Bulk Starline Cases 2x2 Boxes unpacked | ST45AUTO | $9,207.00 |
| 86,000 | 9MM Luger Bulk Starline Cases 2x2 Boxes unpacked | STAR9MM | $9,589.00 |
| 48,000 | .40S&W Bulk Starline Cases 2x2 Boxes Unpacked | ST40SW | $6,312.00 |
| 27,000 | 10MM Bulk Starline Cases 2x2 Boxes Unpacked | ST10MM | $3,712.50 |
| 43,000 | 38 Special Starline Buulk Cases 2x2 Boxes Unpacked | STAR38S | $4,794.50 |
| 62,000 | .380 Auto Starline Bulk Cases 2x2 Boxes Unpacked | ST380AUTO | $7,192.00 |
| 23,000 | .357 Magnum Starline Bulk Cases 2x2 Boxes Unpacked | STAR357 | $2,668.00 |
| 9 Boxes | Internet Orders Boxed with Live Ammunition (Mail Orders) | MAIL | $1,236.59 |
| | | | |
| | | | **$410,054.02** |

7:03 PM
07/28/16
Accrual Basis

# OATH Corporation
## General Ledger
## Fixed Assets
### As of June 15, 2016

| | Type | Date | Num | Name | Memo | Amount | Asset Book Value @ 6/15/16 |
|---|---|---|---|---|---|---|---|
| **Computer & Office Equipment** | | | | | | | |
| | Check | 10/29/2014 | | Best Buy | Computers | 8,749.23 | 5,840.09 |
| | Check | 11/07/2014 | | GS1 US | Barcode | 750.00 | 512.40 |
| | Check | 11/19/2014 | 1 | ICBM Business Services, Inc | Bizhub 360 | 1,000.00 | 683.39 |
| | Check | 12/03/2014 | Debit | Best Buy | | 953.99 | 667.09 |
| | Check | 02/09/2015 | 1023 | Brent Sutton (V) | Inventory PC | 650.00 | 475.06 |
| | Check | 02/23/2015 | | Best Buy | | 990.85 | 724.11 |
| | Check | 02/24/2015 | | Best Buy | | 425.99 | 311.41 |
| | Check | 10/07/2015 | Debit | GS1 US | Barcode | 150.00 | 128.58 |
| | Check | 05/03/2016 | 3114 | Sutton, Brent | Shipping Printer | 125.65 | 123.66 |
| **Total Computer & Office Equipment** | | | | | | 13,795.71 | 9,465.79 |
| **Equipment Stored** | | | | | | | |
| | General Journal | 02/08/2016 | | | Account Opening Balance | 150,000.00 | |
| | General Journal | 02/08/2016 | | | Reverse of GJE -- Account Opening Balance | -150,000.00 | |
| **Total Equipment Stored** | | | | | | 0.00 | |
| **Furniture & Fixtures** | | | | | | | |
| | Check | 10/29/2014 | | Amazon | Gun safe | 703.10 | 586.12 |
| | Check | 10/30/2014 | | Office Depot | Office chairs - 10 total from Office Depot | 1,144.75 | 954.49 |
| | Check | 10/30/2014 | | Office Depot | Office chairs - 10 total from Office Depot | 540.57 | 450.69 |
| | Check | 10/30/2014 | | Sprint Store | 11 cell phone sets total from Sprint | 745.44 | 621.54 |
| | Check | 10/31/2014 | | Sprint Store | 11 cell phone sets total from Sprint | 425.96 | 355.18 |
| | Check | 11/25/2014 | | Rak Systems LLC | | 518.32 | 436.32 |
| | Check | 01/28/2015 | | Amazon | | 206.33 | 176.98 |
| | Check | 02/27/2015 | | Ikea | | 681.56 | 589.76 |
| | Check | 03/02/2015 | Debit | Ikea | | 324.87 | 283.74 |
| | Check | 03/05/2015 | Debit | Office Depot | | 1,604.34 | 1,401.14 |
| | Bill | 01/04/2016 | 73411832 | Uline | | 1,848.43 | 1,775.28 |
| | Bill | 01/11/2016 | 73620329 | Uline | | 768.00 | 737.60 |
| | Bill | 01/13/2016 | 73691973 | Uline | | 208.86 | 200.61 |
| | Bill | 01/18/2016 | 73817617 | Uline | | 637.66 | 612.41 |
| | Bill | 01/25/2016 | 73993058 | Uline | 36x19 metal racks / 2 | 88.00 | 84.50 |
| | Bill | 06/01/2016 | STATMENT | Uline | 36x19 metal racks / 2 | 88.00 | 87.65 |
| **Total Furniture & Fixtures** | | | | | | 10,534.19 | 9,354.01 |

Exhibit A/B-50 Machinery & Tools

DESCRIPTION

Four Citizen K16E-VII Machines

(1) SN: KE5386

(2) SN: KE5387

(3) SN: KE5388

(4) SN: KE5389

Four Citizen CAV16 Bar Loaders

(1) SN: C2E0252

(2) SN: C2E0259

(3) SN: C2E0260

(4) SN: C2E0261

- (4) Citizen Cav-16 Automatic Bar Loader
- (4) High Pressure Coolant Unit 5 line
- (4) Cut-Off Tool Breakage Detection
- (4) Cav16 Barloader Installation
- (4) Patrol Light
- (4) Rotary Parts Carousel
- (4) 2" Slitting Saw Spindle
- Tooling Package
- Cutting Oil
- Freight and Rigging
- 6 CD-510 HP Coolant Units (installed)

# O.A.T.H. AMMO
**25 HURWOOD AVE.**
**MERRITT ISLAND, FLORIDA 32953**
## EXHIBIT A - 08/26/2015

| ITEM # | QTY | MAKE | MODEL | SERIAL # | YEAR | DESCRIPTION |
|---|---|---|---|---|---|---|
| 1 | 1 | TSUGAMI | B0205 II | 23722B | 2015 | 20MM SWISS TYPE OPPOSED GANG TOOL LATHE, 10,000-RPM MAX. SPINDLE SPEED, DUAL TURRET, DUAL SPINDLE, FANUC SERIES Oi-TD CNC CONTROL, LME302T RED/YELLOW/GREEN PATROL LIGHT, COOLANT, EDGE TECHNOLOGIES MODEL MINUTEMAN 320SE 12'L MAGAZINE STYLE BAR FEEDER, S/N P4201435690, (2014), REX POWER MAGNETICS ISOLATION TRANSFORMER, LNS MODEL TURBO MH-500 MICRO HINGE AUGER TYPE CHIP CONVEYOR, (APPROX. 1,800-HOURS ON METER AT TIME OF INSPECTION ON 8-10-2015) |
| 2 | 1 | TSUGAMI | B0205 II | 23723B | 2015 | 20MM SWISS TYPE OPPOSED GANG TOOL LATHE, 10,000-RPM MAX. SPINDLE SPEED, DUAL TURRET, DUAL SPINDLE, FANUC SERIES Oi-TD CNC CONTROL, LME302T RED/YELLOW/GREEN PATROL LIGHT, COOLANT, EDGE TECHNOLOGIES MODEL MINUTEMAN 320SE 12'L MAGAZINE STYLE BAR FEEDER, S/N P4201435689, (2014), REX POWER MAGNETICS ISOLATION TRANSFORMER, LNS MODEL TURBO MH-500 MICRO HINGE AUGER TYPE CHIP CONVEYOR, (APPROX. 1,800-HOURS ON METER AT TIME OF INSPECTION ON 8-10-2015) |
| 3 | 1 | TSUGAMI | B0205 II | 23725B | 2015 | 20MM SWISS TYPE OPPOSED GANG TOOL LATHE, 10,000-RPM MAX. SPINDLE SPEED, DUAL TURRET, DUAL SPINDLE, FANUC SERIES Oi-TD CNC CONTROL, LME302T RED/YELLOW/GREEN PATROL LIGHT, COOLANT, EDGE TECHNOLOGIES MODEL MINUTEMAN 320SE 12'L MAGAZINE STYLE BAR FEEDER, S/N P420142716, (2014), REX POWER MAGNETICS ISOLATION TRANSFORMER, LNS MODEL TURBO MH-500 MICRO HINGE AUGER TYPE CHIP CONVEYOR, (APPROX. 1,800-HOURS ON METER AT TIME OF INSPECTION ON 8-10-2015) |
| 4 | 1 | TSUGAMI | B0205 II | 23724B | 2015 | 20MM SWISS TYPE OPPOSED GANG TOOL LATHE, 10,000-RPM MAX. SPINDLE SPEED, DUAL TURRET, DUAL SPINDLE, FANUC SERIES Oi-TD CNC CONTROL, LME302T RED/YELLOW/GREEN PATROL LIGHT, COOLANT, EDGE TECHNOLOGIES MODEL MINUTEMAN 320SE 12'L MAGAZINE STYLE BAR FEEDER, S/N P4201435691, (2014), REX POWER MAGNETICS ISOLATION TRANSFORMER, LNS MODEL TURBO MH-500 MICRO HINGE AUGER TYPE CHIP CONVEYOR, (APPROX. 1,800-HOURS ON METER AT TIME OF INSPECTION ON 8-10-2015) |
| 5 | 1 | TSUGAMI | B0206 II | 2010 | 2015 | 20MM SWISS TYPE OPPOSED GANG TOOL LATHE, 10,000-RPM MAX. SPINDLE SPEED, DUAL TURRET, DUAL SPINDLE, FANUC SERIES 32i MODEL B CNC CONTROL, LME302T RED/YELLOW/GREEN PATROL LIGHT, COOLANT, ENGRAVING CAPABILITY, PART DISCHARGE CONVEYOR, EDGE TECHNOLOGIES MODEL MINUTEMAN 320SE 12'L MAGAZINE STYLE BAR FEEDER, S/N P4201442718, (2014), REX POWER MAGNETICS ISOLATION TRANSFORMER, LNS MODEL TURBO MH-500 MICRO HINGE AUGER TYPE CHIP CONVEYOR, (APPROX. 1,800-HOURS ON METER AT TIME OF INSPECTION ON 8-10-2015) |

| ITEM # | QTY | MAKE | MODEL | SERIAL # | YEAR | DESCRIPTION |
|---|---|---|---|---|---|---|
| 6 | 1 | TSUGAMI | B0206 II | 2011 | 2015 | 20MM SWISS TYPE OPPOSED GANG TOOL LATHE, 10,000-RPM MAX. SPINDLE SPEED, DUAL TURRET, DUAL SPINDLE, FANUC SERIES 32i MODEL B CNC CONTROL, LME302T RED/YELLOW/GREEN PATROL LIGHT, COOLANT, ENGRAVING CAPABILITY, PART DISCHARGE CONVEYOR, EDGE TECHNOLOGIES MODEL MINUTEMAN 320SE 12'L MAGAZINE STYLE BAR FEEDER, S/N P4201442717, (2014), REX POWER MAGNETICS ISOLATION TRANSFORMER, LNS MODEL TURBO MH-500 MICRO HINGE AUGER TYPE CHIP CONVEYOR, (APPROX. 1,800-HOURS ON METER AT TIME OF INSPECTION ON 8-10-2015) |
| 7 | 1 | POLAR AIR | | N/A | 2014 | 25-HP HORIZONTAL TANK MOUNTED AIR COMPRESSOR |
| 8 | 1 | MAC | LM10 | 08-09-10090 | 2014 | AIR DRYER |
| 9 | 1 | TIDY | 20 | N/A | 2014 | AIR DRYER |
| 10 | 1 | MFG UNKNOWN | | N/A | 2014 | VERTICAL AIR RECEIVING TANK |
| 11 | 1 | GREYMILLS | TRH24OSP-B | 289608 | 2015 | 24" X 24" HEATED PARTS WASHER |

## to SCHEDULE OF ASSETS-OATH CORPORATION

| T\|H Case Number | Provisional | Country | Application Status |
|---|---|---|---|
| [redacted]-1010 | Non-Provisional | US | Pending |
| [redacted]-1030 | Non-Provisional | US | Pending |
| [redacted]-2010 | International Application / PCT | WO | Pending |
| [redacted]-8010 | Provisional | US | Expired |
| [redacted]-8020 | Provisional | US | Pending |
| [redacted]-8030 | Provisional | US | To-Be-Filed |

| Title | Application Number | Filing Date |
|---|---|---|
| FRACTURING PROJECTILES | [redacted] | 18-Feb-15 |
| MATERIAL BASED IMPACT REACTIVE PROJECTILES | [redacted] | 29-Apr-15 |
| FRACTURING AND MATERIALS BASED IMPACT REACTIVE PROJECTILES | [redacted] | 14-Aug-15 |
| FRACTURING PROJECTILE | [redacted] | 14-Aug-14 |
| FRACTURING PROJECTILE CARTRIDGES | [redacted] | 16-Jan-15 |
| CAVITATING PROJECTILES | TBD | TBD |

**Remarks**

| |
|---|
| Waiting for first Office Action from USPTO. Still need to file Information Disclosure Statement. |
| Waiting for first Office Action from USPTO. Still need to file Information Disclosure Statement. |
| Within no later than 30 months from filing date of August 14, 2015, must select which foreign countries to file national phase applications. |
| This application forms the basis for the [redacted]-1010 application and is now expired. |
| Non-provisional conversion must be filed by January 16, 2016. |
| |

| T\|H Case Number | Country | Application Status |
|---|---|---|
| [redacted]-3010 | US | Pending |

| Title | Application Number | Filing Date |
|---|---|---|
| TANGO (Standard Characters) | [redacted] | 4-Jun-15 |

TANGO

**Remarks**

Response to Office Action is due on March 17, 2016.

1808549 v2/15495.0073

Intellectual Property
Oath Corporation

**PATENTS:**

| T\|H Case Number | Provisional | Country | Application Status | Title | Application Number | Filing Date | Remarks |
|---|---|---|---|---|---|---|---|
| [redacted]-1010 | Non-Provisional | US | Pending | FRACTURING PROJECTILES | [redacted] | 18-Feb-15 | Waiting for first Office Action from USPTO. Still need to file Information Disclosure Statement. |
| [redacted]-1030 | Non-Provisional | US | Pending | MATERIAL BASED IMPACT REACTIVE PROJECTILES | [redacted] | 29-Apr-15 | Waiting for first Office Action from USPTO. Still need to file Information Disclosure Statement. |
| [redacted]-2010 | International Application / PCT | WO | Pending | FRACTURING AND MATERIALS BASED IMPACT REACTIVE PROJECTILES | [redacted] | 14-Aug-15 | Within no later than 30 months from filing date of August 14, 2015, must select which foreign countries to file national phase applications. |
| [redacted]-8010 | Provisional | US | Expired | FRACTURING PROJECTILE | [redacted] | 14-Aug-14 | This application forms the basis for the 390801-1010 application and is now expired. |
| [redacted]-8020 | Provisional | US | Pending | FRACTURING PROJECTILE CARTRIDGES | [redacted] | 16-Jan-15 | Non-provisional conversion must be filed by January 16, 2016. |
| [redacted]-8030 | Provisional | US | To-Be-Filed | CAVITATING PROJECTIL | TBD | TBD | |

**TRADEMARKS:**

| T\|H Case Number | Country | Application Status | Title | Application Number | Filing Date | | Remarks |
|---|---|---|---|---|---|---|---|
| [redacted]-3010 | US | Pending | TANGO (Standard Characters)<br>TANGO | [redacted] | 4-Jun-15 | | Response to Office Action is due on March 17, 2016. |

-Intellectual Property
Oath Corporation

**PATENTS:**

| T\|H Case Number | Provisional | Country | Application Status | Title | Application Number | Filing Date | Remarks |
|---|---|---|---|---|---|---|---|
| [redacted]-1010 | Non-Provisional | US | Pending | FRACTURING PROJECTILES | [redacted] | 18-Feb-15 | Waiting for first Office Action from USPTO. Still need to file Information Disclosure Statement. |
| [redacted]-1030 | Non-Provisional | US | Pending | MATERIAL BASED IMPACT REACTIVE PROJECTILES | [redacted] | 29-Apr-15 | Waiting for first Office Action from USPTO. Still need to file Information Disclosure Statement. |
| [redacted]-2010 | International Application / PCT | WO | Pending | FRACTURING AND MATERIALS BASED IMPACT REACTIVE PROJECTILES | [redacted] | 14-Aug-15 | Within no later than 30 months from filing date of August 14, 2015, must select which foreign countries to file national phase applications. |
| [redacted]-8010 | Provisional | US | Expired | FRACTURING PROJECTILE | [redacted] | 14-Aug-14 | This application forms the basis for the 390801-1010 application and is now expired. |
| [redacted]-8020 | Provisional | US | Pending | FRACTURING PROJECTILE CARTRIDGES | [redacted] | 16-Jan-15 | Non-provisional conversion must be filed by January 16, 2016. |
| [redacted]-8030 | Provisional | US | To-Be-Filed | CAVITATING PROJECTIL | TBD | TBD | |

Intellectual Property
Oath Corporation

**TRADEMARKS:**

| T\|H Case Number | Country | Application Status | Title | Application Number | Filing Date | | Remarks |
|---|---|---|---|---|---|---|---|
| [redacted]-3010 | US | Pending | TANGO (Standard Characters)<br>TANGO | [redacted] | 4-Jun-15 | | Response to Office Action is due on March 17, 2016. |

**Fill in this information to identify the case:**

Debtor name **Oath Corporation**

United States Bankruptcy Court for the: MIDDLE DISTRICT OF FLORIDA

Case number (if known) **6:16-bk-03988**

■ Check if this is an amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property

**12/15**

**Be as complete and accurate as possible.**

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

■ Yes. Fill in all of the information below.

## Part 1: List Creditors Who Have Secured Claims

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

*Column A* **Amount of claim** — Do not deduct the value of collateral.

*Column B* **Value of collateral that supports this claim**

**2.1 Forward Financing, LLC**
Creditor's Name
**36 Bromfield Street**
**Suite 210**
**Boston, MA 02108**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**May 2016**
**Last 4 digits of account number**
**0606**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**Future receivables**

**Describe the lien**
**UCC filed**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

Column A: **$60,000.00** Column B: **$0.00**

**2.2 Utica Leaseco, LLC**
Creditor's Name
**905 South Boulevard East**
**Rochester, MI 48307**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**2015/2016**
**Last 4 digits of account number**
**104X**

**Do multiple creditors have an interest in the same property?**

**Describe debtor's property that is subject to a lien**
**Blanket lien**

**Describe the lien**
**Blanket lien on all assets listed on schedule A/B**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

Column A: **$1,934,317.75** Column B: **Unknown**



Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor **Oath Corporation** Case number (if know) **6:16-bk-03988**
Name

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
■ Disputed

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.** **$1,994,317.75**

## Part 2: List Others to Be Notified for a Debt Already Listed in Part 1

**List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.**

**If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.**

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **David E. Peterson, Esq.**<br>**Lowndes, Drosdick, Dostic**<br>**Kantor & Reed**<br>**P.O. Box 2809**<br>**Orlando, FL 32802** | Line **2.2** | |



Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name **Oath Corporation**

United States Bankruptcy Court for the: MIDDLE DISTRICT OF FLORIDA

Case number (if known) **6:16-bk-03988**

■ Check if this is an amended filing

# Official Form 206E/F
# Schedule E/F: Creditors Who Have Unsecured Claims
**12/15**

**Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.**

## Part 1: List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

☐ No. Go to Part 2.

■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | | Total claim | Priority amount |
|---|---|---|---|---|
| 2.1 | Priority creditor's name and mailing address<br>**Allan Fine**<br>**25 Hurwood Ave**<br>**Merritt Island, FL 32953** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$5,257.00** | **$5,257.00** |
| | Date or dates debt was incurred<br>**2016** | Basis for the claim:<br>**Unpaid wages** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| 2.2 | Priority creditor's name and mailing address<br>**Derek K. Miller**<br>**3138 Lowndes Drive**<br>**Winter Park, FL 32792** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$5,211.39** | **$5,211.39** |
| | Date or dates debt was incurred<br>**2016** | Basis for the claim:<br>**Unpaid wages** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |



Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com 48167 Best Case Bankruptcy

Debtor **Oath Corporation** Case number (if known) **6:16-bk-03988**
Name

2.3 Priority creditor's name and mailing address
**Emily R. Hatfield**
**12100 Sterling University Ln**
**Orlando, FL 32826**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$347.85** **$347.85**

Date or dates debt was incurred
**2016**

Basis for the claim:
**Unpaid wages**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

---

2.4 Priority creditor's name and mailing address
**Florida Dept of Revenue-GTA**
**Melbourne Service Center**
**6300 N. Wickham Road**
**Suite 133A**
**Melbourne, FL 32940**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$1,489.13** **$0.00**

Date or dates debt was incurred
**2016**

Basis for the claim:
**Sales and Use tax**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

---

2.5 Priority creditor's name and mailing address
**Internal Revenue Service**
**P.O. BOX 7346**
**Philadelphia, PA 19101-7346**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

**$840,578.48** **Unknown**

Date or dates debt was incurred
**2015/2016**

Basis for the claim:
**941 Taxes**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

---

2.6 Priority creditor's name and mailing address
**Jordan Longanecker**
**7190 N. Highway 1**
**Cocoa, FL 32927**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$77.30** **$77.30**

Date or dates debt was incurred
**2016**

Basis for the claim:
**Unpaid wages**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

---


Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor **Oath Corporation** Case number (if known) **6:16-bk-03988**
Name

**2.7** Priority creditor's name and mailing address
**Justin K. Pradt**
**362 Flicler Circle**
**Satellite Beach, FL 32937**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$1,315.65** **$1,315.65**

Date or dates debt was incurred
**2016**

Basis for the claim:
**Unpaid wages**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

---

**2.8** Priority creditor's name and mailing address
**Keith B. Calvert**
**3150 N. Atlantic Ave**
**Cocoa Beach, FL 32931**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$300.79** **$300.79**

Date or dates debt was incurred
**2016**

Basis for the claim:
**Unpaid wages**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

---

**2.9** Priority creditor's name and mailing address
**Kevin Weldon**
**742 Bantry Ct**
**Merritt Island, FL 32953**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$451.05** **$451.05**

Date or dates debt was incurred
**2016**

Basis for the claim:
**Unpaid wages**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

---

**2.10** Priority creditor's name and mailing address
**Kim Bonsail**
**800 Manderine St**
**Merritt Island, FL 32953**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$353.91** **$353.91**

Date or dates debt was incurred
**2016**

Basis for the claim:
**Unpaid wages**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

---


Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor **Oath Corporation** Case number (if known) **6:16-bk-03988**

Name

2.11 Priority creditor's name and mailing address
**Matthew Bragg**
**3977 Tradewinds Trail**
**Merritt Island, FL 32953**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$2,623.91** **$2,623.91**

Date or dates debt was incurred
**2016**

Basis for the claim:
**Unpaid wages**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

---

2.12 Priority creditor's name and mailing address
**Nathaniel S. Perrin**
**720 Aloha Ave**
**Cocoa, FL 32927**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$313.24** **$313.24**

Date or dates debt was incurred
**2016**

Basis for the claim:
**Unpaid wages**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

---

2.13 Priority creditor's name and mailing address
**Nicholas Bocci**
**450 Newfound Harbor**
**FL 32852**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$786.81** **$786.81**

Date or dates debt was incurred
**2016**

Basis for the claim:
**Unpaid wages**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

---

2.14 Priority creditor's name and mailing address
**Nicholas J. Bandy**
**965 Bellaire lane**
**Rockledge, FL 32955**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$600.07** **$600.07**

Date or dates debt was incurred
**2016**

Basis for the claim:
**Unpaid wages**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

---



Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor **Oath Corporation** Case number (if known) **6:16-bk-03988**
Name

| | | | | |
|---|---|---|---|---|
| 2.15 | Priority creditor's name and mailing address<br>**Paul Keesee**<br>**1276 Sangria Circle**<br>**Rockledge, FL 32955** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$1,923.89** | **$1,923.89** |
| | Date or dates debt was incurred<br>**2016** | Basis for the claim:<br>**Unpaid wages** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| 2.16 | Priority creditor's name and mailing address<br>**Ruben Altenor**<br>**1686 Nebraska St NE**<br>**Palm Bay, FL 32907** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$710.73** | **$710.73** |
| | Date or dates debt was incurred<br>**2016** | Basis for the claim:<br>**Unpaid wages** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| 2.17 | Priority creditor's name and mailing address<br>**Steven B. Detrie**<br>**450 Amity Ave**<br>**Cocoa, FL 32927** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$743.81** | **$743.81** |
| | Date or dates debt was incurred<br>**2016** | Basis for the claim:<br>**Unpaid wages** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| 2.18 | Priority creditor's name and mailing address<br>**Steven B. Detrie, Jr.**<br>**450 Amity Ave**<br>**Cocoa, FL 32927** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$330.79** | **$330.79** |
| | Date or dates debt was incurred<br>**2016** | Basis for the claim:<br>**Unpaid wages** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |


Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor **Oath Corporation** Case number (if known) **6:16-bk-03988**
Name

2.19 Priority creditor's name and mailing address
**Thomas C. Jandris**
**2512 Glenridge Circle**
**Merritt Island, FL 32953**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$707.80** **$707.80**

Date or dates debt was incurred
**2016**

Basis for the claim:
**Unpaid wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

2.20 Priority creditor's name and mailing address
**William D. Reppert**
**129 NE Third St**
**Satellite Beach, FL 32937**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$443.30** **$443.30**

Date or dates debt was incurred
**2016**

Basis for the claim:
**Unpaid wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

## Part 2: List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims**. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

**Amount of claim**

3.1 **Nonpriority creditor's name and mailing address**
**ADT Security Services**
**P.O. Box 371878**
**Pittsburgh, PA 15250**
**Date(s) debt was incurred** _
**Last 4 digits of account number** 3465

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** goods or services
Is the claim subject to offset? ■ No ☐ Yes

**$1,386.73**

3.2 **Nonpriority creditor's name and mailing address**
**AFCO Insurance**
**P.O. Box 371889**
**Pittsburgh, PA 15250**
**Date(s) debt was incurred** 2016
**Last 4 digits of account number** 3402

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Factoring insurance
Is the claim subject to offset? ■ No ☐ Yes

**$10,151.95**

3.3 **Nonpriority creditor's name and mailing address**
**Air Centers of Florida**
**9311 Solar Drive**
**Tampa, FL 33619**
**Date(s) debt was incurred** _
**Last 4 digits of account number** 8980

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** goods or services
Is the claim subject to offset? ■ No ☐ Yes

**$10,931.12**


Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor **Oath Corporation** Case number (if known) **6:16-bk-03988**
Name

3.4 **Nonpriority creditor's name and mailing address**
**Alro Metals**
**2505 Forsyth Rd**
**Orlando, FL 32807**
**Date(s) debt was incurred** _
**Last 4 digits of account number** 5116

**As of the petition filing date, the claim is:** *Check all that apply.* **$4,600.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** goods or services
Is the claim subject to offset? ■ No ☐ Yes

3.5 **Nonpriority creditor's name and mailing address**
**Alternative for Industry**
**2251 Whitefield Pk**
**Sarasota, FL 34243**
**Date(s) debt was incurred** 2015
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$15,050.97**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** goods or services
Is the claim subject to offset? ■ No ☐ Yes

3.6 **Nonpriority creditor's name and mailing address**
**Arturo Limonta**
**2882 Bellwind Circle**
**Rockledge, FL 32955**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.7 **Nonpriority creditor's name and mailing address**
**AT & T Uverse**
**P.O. Box 5014**
**Carol Stream, IL 60197**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$108.68**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** goods or services
Is the claim subject to offset? ■ No ☐ Yes

3.8 **Nonpriority creditor's name and mailing address**
**Beach Locksmith & Safe Place**
**1980 N. Atlantic Ave #126**
**Cocoa Beach, FL 32931**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$175.73**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** goods or services
Is the claim subject to offset? ■ No ☐ Yes

3.9 **Nonpriority creditor's name and mailing address**
**Beyel Brothers**
**P.O. Box 236246**
**Cocoa, FL 32923**
**Date(s) debt was incurred** 2016
**Last 4 digits of account number** T001

**As of the petition filing date, the claim is:** *Check all that apply.* **$4,252.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** goods or services
Is the claim subject to offset? ■ No ☐ Yes

3.10 **Nonpriority creditor's name and mailing address**
**Brevard Physicians Associate**
**Radiology dept.**
**P.O. Box 2400**
**Melbourne, FL 32902**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$21.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** goods or services
Is the claim subject to offset? ■ No ☐ Yes


Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor **Oath Corporation** Case number (if known) **6:16-bk-03988**
Name

**3.11** **Nonpriority creditor's name and mailing address**
**Brighthouse Networks**
**P.O. Box 30574**
**Tampa, FL 33630**
**Date(s) debt was incurred** _
**Last 4 digits of account number** 1802

**As of the petition filing date, the claim is:** *Check all that apply.* **$1,898.72**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** goods or services
Is the claim subject to offset? ■ No ☐ Yes

**3.12** **Nonpriority creditor's name and mailing address**
**Carlos Arrieta**
**1431 N.E. 103 St**
**Miami, FL 33138**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$0.00**
☐ Contingent
☐ Unliquidated
■ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

**3.13** **Nonpriority creditor's name and mailing address**
**City of Cocoa**
**P.O. Box 1270**
**Cocoa, FL 32923**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$672.27**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Utility
Is the claim subject to offset? ■ No ☐ Yes

**3.14** **Nonpriority creditor's name and mailing address**
**Clear Ballistics, LLC**
**717 South Zero Street**
**Fort Smith, AR 72902**
**Date(s) debt was incurred** 2016
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$2,778.10**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** goods or services
Is the claim subject to offset? ■ No ☐ Yes

**3.15** **Nonpriority creditor's name and mailing address**
**Cornerstone Supply**
**5860 Timuquana Rd**
**Jacksonville, FL 32210**
**Date(s) debt was incurred** 2015 and 2016
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$4,756.89**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** goods or services
Is the claim subject to offset? ■ No ☐ Yes

**3.16** **Nonpriority creditor's name and mailing address**
**Crystal Springs**
**P.O. Box 660579**
**Dallas, TX 75266-0579**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$922.71**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** goods or services
Is the claim subject to offset? ■ No ☐ Yes

**3.17** **Nonpriority creditor's name and mailing address**
**Dixon Electric**
**2170 W. King Street, Ste C3**
**Cocoa, FL 32926**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$31,411.25**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Equipment installation
Is the claim subject to offset? ■ No ☐ Yes


Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor **Oath Corporation** Case number (if known) **6:16-bk-03988**
Name

| | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Amount |
|---|---|---|---|
| 3.18 | **Esperson Technical Services**<br>**9430 4th Ave**<br>**Orlando, FL 32824**<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: goods or services<br>Is the claim subject to offset? ■ No ☐ Yes | **$540.97** |
| 3.19 | **Florida Power**<br>**FPL General Mail Facility**<br>**Miami, FL 33188**<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: Utility<br>Is the claim subject to offset? ■ No ☐ Yes | **$850.66** |
| 3.20 | **Florida Workers Comp JUA**<br>**P.O. Box 660336**<br>**Dallas, TX 75266**<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: Workers comp Insurance<br>Is the claim subject to offset? ■ No ☐ Yes | **$3,955.17** |
| 3.21 | **Gary L. O Neal**<br>**17888 67th Ct N**<br>**Loxahatchee, FL 33470-3000**<br>Date(s) debt was incurred 2016<br>Last 4 digits of account number _ | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed<br>Basis for the claim: Lawsuit filed in Brevard County Circuit Court. Case No. 2016-CA-021961<br>Is the claim subject to offset? ■ No ☐ Yes | **$10,515.64** |
| 3.22 | **Health First**<br>**6450 US Hwy 1**<br>**Rockledge, FL 32955**<br>Date(s) debt was incurred 2015<br>Last 4 digits of account number _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: Insurance injury claim<br>Is the claim subject to offset? ■ No ☐ Yes | **$1,451.67** |
| 3.23 | **ICBM Business Services Inc.**<br>**P.O. Box 578**<br>**Titusville, FL 32781**<br>Date(s) debt was incurred 2015<br>Last 4 digits of account number _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: purchase copy machines<br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |
| 3.24 | **Incorp Services**<br>**3773 Howard Hughes Pkwy**<br>**Suite 500s**<br>**Las Vegas, NV 89169**<br>Date(s) debt was incurred 2016<br>Last 4 digits of account number _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: Professional Services<br>Is the claim subject to offset? ■ No ☐ Yes | **$213.00** |


Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor **Oath Corporation** Case number (if known) **6:16-bk-03988**
Name

| | | | |
|---|---|---|---|
| 3.25 | **Nonpriority creditor's name and mailing address**<br>**Indoor Comfort Experts**<br>**2459 Cheny Hwy**<br>**Unit #71**<br>**Titusville, FL 32780**<br>**Date(s) debt was incurred** 2015<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** goods or services<br>Is the claim subject to offset? ■ No ☐ Yes | **$681.70** |
| 3.26 | **Nonpriority creditor's name and mailing address**<br>**International Patent &**<br>**Trademark Index**<br>**Olsanska 54/3**<br>**130 00 Praha 3**<br>**CZECH REPULIC**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Professional Services<br>Is the claim subject to offset? ■ No ☐ Yes | **$2,356.00** |
| 3.27 | **Nonpriority creditor's name and mailing address**<br>**International Patent &**<br>**Trademark Organization**<br>**P.O. Box 48**<br>**64700 Bmo**<br>**CZECH REPUBLIC**<br>**Date(s) debt was incurred** 2014<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Professional Services<br>Is the claim subject to offset? ■ No ☐ Yes | **$2,225.00** |
| 3.28 | **Nonpriority creditor's name and mailing address**<br>**Jag Window Tinting**<br>**725 S. Cocoa Blvd**<br>**Cocoa, FL 32922**<br>**Date(s) debt was incurred** 2016<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** goods or services<br>Is the claim subject to offset? ■ No ☐ Yes | **$4,886.00** |
| 3.29 | **Nonpriority creditor's name and mailing address**<br>**Lacey's Lock Service**<br>**150 Barton Blvd**<br>**Rockledge, FL 32955**<br>**Date(s) debt was incurred** 2016<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** goods or services<br>Is the claim subject to offset? ■ No ☐ Yes | **$769.05** |
| 3.30 | **Nonpriority creditor's name and mailing address**<br>**Mager Dolce & Paruas, LLC**<br>**2719 Hollywood Blvd**<br>**Hollywood, FL 33020**<br>**Date(s) debt was incurred** 2016<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Professional Services<br>Is the claim subject to offset? ■ No ☐ Yes | **$133,804.04** |
| 3.31 | **Nonpriority creditor's name and mailing address**<br>**Martindale Electric**<br>**P.O. Box 72419**<br>**Cleveland, OH 44192**<br>**Date(s) debt was incurred** 2015<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** goods or services<br>Is the claim subject to offset? ■ No ☐ Yes | **$2,863.73** |


Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor **Oath Corporation** Case number (if known) **6:16-bk-03988**
Name

| Item | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Amount |
|---|---|---|---|
| 3.32 | **Michael Duarte**<br>**2802 Bellwind Circle**<br>**Rockledge, FL 32955**<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed<br>Basis for the claim: _<br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |
| 3.33 | **Oak Wholesale Dist**<br>**259 Gus Hipp Blvd**<br>**Rockledge, FL 32955**<br>Date(s) debt was incurred 2016<br>Last 4 digits of account number _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: goods or services<br>Is the claim subject to offset? ■ No ☐ Yes | **$11,500.00** |
| 3.34 | **Paradise Heat and Air**<br>**543 N. Courtenay Pkwy**<br>**Merritt Island, FL 32953**<br>Date(s) debt was incurred 2015<br>Last 4 digits of account number _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: goods or services<br>Is the claim subject to offset? ■ No ☐ Yes | **$150.00** |
| 3.35 | **Pitney Bowes**<br>**P.O. Box 371874**<br>**Pittsburgh, PA 15250**<br>Date(s) debt was incurred 2015<br>Last 4 digits of account number _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: postage machine<br>Is the claim subject to offset? ■ No ☐ Yes | **$218.73** |
| 3.36 | **Richard Kurtz**<br>**c/o William Hearon, P.A.**<br>**One SE third Ave, #3000**<br>**Miami, FL 33131**<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: Settlement. Lawsuit filed Brevard County Circuit Court. Case no. 2015-CA-33936<br>Is the claim subject to offset? ■ No ☐ Yes | **$1,850,000.00** |
| 3.37 | **Roger E. Bassin**<br>**4439 Chiming Lane**<br>**Rockledge, FL 32955**<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed<br>Basis for the claim: _<br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |
| 3.38 | **RPT Servis s.r.o.**<br>**P.O. Box 75**<br>**CZ-69002**<br>**CZECH REPULIC**<br>Date(s) debt was incurred 2015<br>Last 4 digits of account number _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: Professional Services<br>Is the claim subject to offset? ■ No ☐ Yes | **$2,548.25** |


Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor **Oath Corporation** Case number (if known) **6:16-bk-03988**
Name

| # | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Amount |
|---|---|---|---|
| 3.39 | **SF Travis Company**<br>**Drawer 490**<br>**Cocoa, FL 32922**<br>Date(s) debt was incurred 2016<br>Last 4 digits of account number _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: goods or services<br>Is the claim subject to offset? ■ No ☐ Yes | **$2,590.29** |
| 3.40 | **Southstar Capital, LLC**<br>**830 Low Country Blvd**<br>**Mount Pleasant, SC 29464**<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed<br>Basis for the claim: _<br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |
| 3.41 | **Spacecoast Fire and Safety**<br>**420 Manor Drive**<br>**Merritt Island, FL 32952**<br>Date(s) debt was incurred 2016<br>Last 4 digits of account number _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: goods or services<br>Is the claim subject to offset? ■ No ☐ Yes | **$658.95** |
| 3.42 | **Spacecoast Protection Inc.**<br>**P.O. Box 121762**<br>**Melbourne, FL 32912**<br>Date(s) debt was incurred 2015 and 2016<br>Last 4 digits of account number _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: goods or services<br>Is the claim subject to offset? ■ No ☐ Yes | **$111.83** |
| 3.43 | **T & D Materials Manufacturing, LLC**<br>**1101 Sussex Blvd, Suite 2**<br>**Broomall, PA 19008**<br>Date(s) debt was incurred 2015 and 2016<br>Last 4 digits of account number _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: goods or services<br>Is the claim subject to offset? ■ No ☐ Yes | **$738.52** |
| 3.44 | **T-Mobile**<br>**P.O. Box 742596**<br>**Cincinnati, OH 45274**<br>Date(s) debt was incurred 2015<br>Last 4 digits of account number 3815 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: Cell phone service<br>Is the claim subject to offset? ■ No ☐ Yes | **$5,338.64** |
| 3.45 | **Thomas-Horstemeyer**<br>**400 Interstate N Pkwy**<br>**Suite 1500**<br>**Atlanta, GA 30339**<br>Date(s) debt was incurred 2015<br>Last 4 digits of account number _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: Professional Services patent attorney<br>Is the claim subject to offset? ■ No ☐ Yes | **$13,640.50** |


Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor **Oath Corporation** Case number (if known) **6:16-bk-03988**
Name

**3.46** **Nonpriority creditor's name and mailing address**
**Trese Printing**
**2040 Murrell Rd**
**Rockledge, FL 32955**
**Date(s) debt was incurred** 2016
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$4,726.33**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** goods or services
Is the claim subject to offset? ■ No ☐ Yes

**3.47** **Nonpriority creditor's name and mailing address**
**Uline**
**P.O. Box 88741**
**Chicago, IL 60680**
**Date(s) debt was incurred** 2016
**Last 4 digits of account number** 1785

**As of the petition filing date, the claim is:** *Check all that apply.* **$5,312.84**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** goods or services-shipping
Is the claim subject to offset? ■ No ☐ Yes

**3.48** **Nonpriority creditor's name and mailing address**
**United States Brass & Copper**
**976 Eagle Way**
**Chicago, IL 60678**
**Date(s) debt was incurred** 2016
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$24,621.66**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** goods or services
Is the claim subject to offset? ■ No ☐ Yes

**3.49** **Nonpriority creditor's name and mailing address**
**UPS**
**P.O. Box 7477-0244**
**Philadelphia, PA 19170**
**Date(s) debt was incurred** 2015
**Last 4 digits of account number** 96F7

**As of the petition filing date, the claim is:** *Check all that apply.* **$10,960.20**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** goods or services
Is the claim subject to offset? ■ No ☐ Yes

**3.50** **Nonpriority creditor's name and mailing address**
**Verizon Wireless**
**P.O. Box 4001**
**Acworth, GA 30101**
**Date(s) debt was incurred** 2016
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$1,940.63**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Cell phone service
Is the claim subject to offset? ■ No ☐ Yes

**3.51** **Nonpriority creditor's name and mailing address**
**Waste Management**
**P.O. Box 105453**
**Atlanta, GA 30348**
**Date(s) debt was incurred** 2016
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$101.63**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** goods or services
Is the claim subject to offset? ■ No ☐ Yes

**3.52** **Nonpriority creditor's name and mailing address**
**Williams Metals &**
**Welding Alloys**
**125 Strafford Ave, Ste. 108**
**Wayne, PA 19087**
**Date(s) debt was incurred** 2015
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$26,870.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** goods or services
Is the claim subject to offset? ■ No ☐ Yes


Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor **Oath Corporation** Case number (if known) **6:16-bk-03988**
Name

3.53 **Nonpriority creditor's name and mailing address**
**XPO Logistics**
**P.O. Box 5160**
**Portland, OR 97208**
**Date(s) debt was incurred** 2016
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$922.78**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** goods or services
Is the claim subject to offset? ■ No ☐ Yes

## Part 3: List Others to Be Notified About Unsecured Claims

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Alro Steel**<br>**Department 771478**<br>**P.O. Box 77000**<br>**Detroit, MI 48277** | Line 3.4<br>☐ Not listed. Explain ____ | _ |
| 4.2 | **Internal Revenue Service**<br>**400 W. Bay St M/S 5720**<br>**Jacksonville, FL 32202** | Line 2.5<br>☐ Not listed. Explain ____ | _ |
| 4.3 | **Robert M. Coplen, Esq.**<br>**Robert M. Coplen, P.A.**<br>**10225 Ulmetron Rd, Ste 5A**<br>**Largo, FL 33771** | Line 3.21<br>☐ Not listed. Explain ____ | _ |

## Part 4: Total Amounts of the Priority and Nonpriority Unsecured Claims

**5. Add the amounts of priority and nonpriority unsecured claims.**

| | | Total of claim amounts |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ 864,566.90 |
| **5b. Total claims from Part 2** | 5b. + | $ 2,217,182.53 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ 3,081,749.43 |


Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name **Oath Corporation**

United States Bankruptcy Court for the: MIDDLE DISTRICT OF FLORIDA

Case number (if known) **6:16-bk-03988**

■ Check if this is an amended filing

Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases

**12/15**

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.**

1. **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
   ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1. State what the contract or lease is for and the nature of the debtor's interest | **the Debtor is a party to a lease for commericial property located at 1938 Murrell Road, Rockledge, Florida. the lease began December 10, 2015 and ends December 31,2017.** | **RJP Holdings, Inc.**<br>**Attn: Patrick McDonough**<br>**1865 Rockledge Drive**<br>**Rockledge, FL 32955** |
| State the term remaining | **18 months** | |
| List the contract number of any government contract | | |



Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name **Oath Corporation**

United States Bankruptcy Court for the: MIDDLE DISTRICT OF FLORIDA

Case number (if known) **6:16-bk-03988**

■ Check if this is an amended filing

# Official Form 206H
# Schedule H: Your Codebtors

**12/15**

**Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.**

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | **David M. Golloher** | **1286 Earl Drive**<br>**Merritt Island, FL 32952** | **Richard Kurtz** | ☐ D<br>■ E/F **3.36**<br>☐ G |


Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name **Oath Corporation**

United States Bankruptcy Court for the: MIDDLE DISTRICT OF FLORIDA

Case number (if known) **6:16-bk-03988**

■ Check if this is an amended filing

# Official Form 207

## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy

**04/16**

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

**Part 1: Income**

1. **Gross revenue from business**

☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From **1/01/2016** to **Filing Date** | ■ Operating a business<br>☐ Other | **$125,000.00** |
| **For prior year:**<br>From **1/01/2015** to **12/31/2015** | ■ Operating a business<br>☐ Other | **$1,850,000.00** |

2. **Non-business revenue**
Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

■ None.

| Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|

**Part 2: List Certain Transfers Made Before Filing for Bankruptcy**

3. **Certain payments or transfers to creditors within 90 days before filing this case**
List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.1. **Richard Kurtz**<br>**c/o William Hearon, P.A.**<br>**One SE third Ave, #3000**<br>**Miami, FL 33131** | **5.2.2016**<br>**$15,000**<br>**5.25.2016**<br>**$15,000** | **$30,000.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **lawsuit settlement** |



Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor **Oath Corporation** Case number *(if known)* **6:16-bk-03988**

| | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|---|
| 3.2. | **AFCO Insurance**<br>**P.O. Box 371889**<br>**Pittsburgh, PA 15250** | **5/17/2016**<br>**$3526.51**<br>**3/17/2016**<br>**$3,740.78** | **$7,267.29** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Factoring insurance** |
| 3.3. | **Thyssen Krup**<br>**Copper and Brass Division**<br>**7567 Central Industrial Dr**<br>**West Palm Beach, FL 33404** | **5/13/2016**<br>**$3405.88,$49**<br>**93.61 and**<br>**$1322.90**<br>**5/14/2016**<br>**$7035.59,78.**<br>**78$116.78,**<br>**4222.63,$443**<br>**3.76 and**<br>**$174.59** | **$27,162.24** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.4. | **Powder Valley**<br>**17295 151st Rd**<br>**Winfield, KS 67156** | **4/15/2016**<br>**$380.95**<br>**5/13/2016**<br>**$10,761.99** | **$11,142.95** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.5. | **Starline Brass**<br>**P.O. Boxc 833**<br>**Sedalia, MO 65302** | **5/12/2016**<br>**$36013.75** | **$36,013.75** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.6. | **CC Supplies**<br>**250 S. Van Buren Ave**<br>**Barberton, OH 44203** | **4/18/2016**<br>**$4000**<br>**4/19/2016**<br>**$3800** | **$7,800.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.7. | **Joseph Chiarello & Co, LLC**<br>**25 Deforest Ave**<br>**Suite 208**<br>**Summit, NJ 07901** | **5/17/2016**<br>**$7312.18** | **$7,312.18** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Insurance** |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

■ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

5. **Repossessions, foreclosures, and returns**
List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at



Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3: Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case**.**

☐ None.

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | **Gary O Neal v Oath Corporation**<br>**05-2016-CA-021961** | **Damages** | **Brevard County Circuit Court** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.2. | **Richard Kutz v David M. Golloher and Oath Corporation**<br>**05-2015-CA-033936** | **Breach of contract** | **Brevard County Circuit Court** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

8. **Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

**Part 4: Certain Gifts and Charitable Contributions**

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

**Part 5: Certain Losses**

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None



Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

| **Description of the property lost and how the loss occurred** | **Amount of payments received for the loss**<br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property)*. | **Dates of loss** | **Value of property lost** |
|---|---|---|---|

**Part 6: Certain Payments or Transfers**

11. **Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

■ None.

| **Who was paid or who received the transfer?**<br>**Address** | **If not money, describe any property transferred** | **Dates** | **Total amount or value** |
|---|---|---|---|

12. **Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| **Name of trust or device** | **Describe any property transferred** | **Dates transfers were made** | **Total amount or value** |
|---|---|---|---|

13. **Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| **Who received transfer?**<br>**Address** | **Description of property transferred or payments received or debts paid in exchange** | **Date transfer was made** | **Total amount or value** |
|---|---|---|---|

**Part 7: Previous Locations**

14. **Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

| | **Address** | **Dates of occupancy From-To** |
|---|---|---|
| 14.1. | **3390 N. Courtney Pkwy**<br>**Merritt Island, FL 32953** | **May 2013 to Jan 2016** |

**Part 8: Health Care Bankruptcies**

15. **Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.



Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor **Oath Corporation** Case number *(if known)* **6:16-bk-03988**

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

**Part 9: Personally Identifiable Information**

16. **Does the debtor collect and retain personally identifiable information of customers?**

■ No.
☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

■ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

**Part 10: Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

18. **Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None

| | Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | **Branch Banking and Trust**<br>**6430 N. Wickham Road**<br>**Melbourne, FL 32940** | **XXXX-4337** | ■ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other__ | **4/29/2016** | **$0.00** |

19. **Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it<br>Address | Description of the contents | Do you still have it? |
|---|---|---|---|

20. **Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|

**Part 11: Property the Debtor Holds or Controls That the Debtor Does Not Own**

21. **Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☐ None



Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| **Operators American Tacticle Hardware, LLC 1938 Murrell Road Rockledge, FL 32955** | **1938 Murrell Road Rockledge, FL 32955** | **2 Swiss lathe chaines, a parts washing machine** | **$250,000.00** |

## Part 12: Details About Environment Information

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

■ No.
☐ Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

## Part 13: Details About the Debtor's Business or Connections to Any Business

25. **Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | **Employer Identification number**<br>Do not include Social Security number or ITIN.<br>**Dates business existed** |
|---|---|---|

26. **Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
☐ None

| Name and address | Date of service From-To |
|---|---|



Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

| | Name and address | Date of service From-To |
|---|---|---|
| 26a.1. | **Rebecca Thomas**<br>**182 S. Pinehurst Ave**<br>**Melbourne, FL 32940** | **March 2015 to June 10, 2016** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| | Name and address | If any books of account and records are unavailable, explain why |
|---|---|---|
| 26c.1. | **David M. Golloher** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| | Name and address |
|---|---|
| 26d.1. | **Utica Leaseco, LLC**<br>**905 South Boulevard East**<br>**MI** |
| 26d.2. | **Southstar Financial**<br>**P.O. Box 2323**<br>**Mount Pleasant, SC 29465** |

27. **Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **David M. Golloher** | **1286 Earl Drive**<br>**Merritt Island, FL 32952** | **President** | **100%** |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

■ No
☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses,



Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

loans, credits on loans, stock redemptions, and options exercised?

☐ No
■ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | **David M. Golloher**<br>**1286 Earl Drive**<br>**Merritt Island, FL 32952** | **Draws from June 15, 2015 to June 15,2016 $142,392.17** | **See attached exhibit** | **compensation** |
| | Relationship to debtor<br>**President** | | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

**Part 14:** **Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **August 2, 2016**

**/s/ David M. Golloher**
Signature of individual signing on behalf of the debtor

**David M. Golloher**
Printed name

Position or relationship to debtor **President**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
☐ No
■ Yes



Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

3:19 PM
07/29/16

## OATH Corporation

# All Transactions for Golloher, David M

### June 15, 2015 through June 15, 2016

| | Transaction Type | Date | Account | Amount | Chk No. |
|---|---|---|---|---|---|
| **Jun 15, '15 - Jun 15, 16** | | | | | |
| | Check | 05/26/2016 | CCU Checking 2609 | 500.00 | Bank5/90 |
| | Check | 05/16/2016 | CCU Checking 2609 | 6,000.00 | 3059 |
| | Check | 05/12/2016 | CCU Checking 2609 | 6,000.00 | 3028 |
| | Check | 05/09/2016 | CCU Checking 2609 | 1,800.00 | Bank5/21 |
| | Check | 05/07/2016 | CCU Checking 2609 | 1,394.20 | Bank5/13 |
| | Check | 05/06/2016 | CCU Checking 2609 | 1,895.00 | Bank5/12 |
| | Check | 01/05/2016 | Chase Checking 5068 | 8,500.00 | Debit |
| | Check | 12/28/2015 | Chase Checking 5068 | 500.00 | ATM |
| | Check | 12/28/2015 | Chase Checking 5068 | 5,506.06 | Debit |
| | Check | 12/23/2015 | Chase Checking 5068 | 503.00 | ATM |
| | Check | 12/21/2015 | Chase Checking 5068 | 400.00 | ATM |
| | Check | 12/16/2015 | Chase Checking 5068 | 908.92 | Debit |
| | Check | 12/14/2015 | Chase Checking 5068 | 6,750.00 | Debit |
| | Check | 12/12/2015 | Chase Checking 5068 | 503.00 | ATM |
| | Check | 12/10/2015 | Chase Checking 5068 | 6,000.00 | Withdrawl |
| | Check | 12/09/2015 | Chase Checking 5068 | 503.00 | Debit |
| | Check | 12/07/2015 | Chase Checking 5068 | 12,500.00 | Debit |
| | Check | 12/06/2015 | Chase Checking 5068 | 402.50 | Debit |
| | Check | 12/02/2015 | Chase Checking 5068 | 2,600.00 | Withdrawl |
| | Check | 11/20/2015 | Chase Checking 5068 | 3,607.52 | Withdrawal |
| | Check | 11/13/2015 | Chase Checking 5068 | 750.00 | Debit |
| | Check | 11/12/2015 | Chase Checking 5068 | 751.46 | Debit |
| | Check | 10/30/2015 | Chase Checking 5068 | 22,863.67 | Debit |
| | Check | 10/26/2015 | Chase Checking 5068 | 627.25 | Debit |
| | Check | 10/23/2015 | Chase Checking 5068 | 839.96 | Debit |
| | Check | 10/15/2015 | Chase Checking 5068 | 2,732.36 | Debit |
| | Check | 10/14/2015 | Chase Checking 5068 | 183.06 | 1834 |
| | Check | 10/14/2015 | Chase Checking 5068 | 1,813.34 | Debit |
| | Check | 10/08/2015 | Chase Checking 5068 | 3,000.00 | Debit |
| | Check | 09/28/2015 | Chase Checking 5068 | 3,054.92 | Debit |
| | Check | 09/19/2015 | Chase Checking 5068 | 402.95 | ATM |
| | Check | 09/10/2015 | Chase Checking 5068 | 5,500.00 | ATM |
| | Paycheck | 08/14/2015 | Chase Checking 5068 | 5,000.00 | EFT |
| | Paycheck | 07/31/2015 | Chase Checking 5068 | 0.00 | 1600 |
| | Check | 07/31/2015 | Chase Checking 5068 | 5,000.00 | 1619 |
| | Check | 06/24/2015 | Chase Checking 5068 | 3,000.00 | 1498 |
| | Check | 06/19/2015 | Chase Checking 5068 | 3,500.00 | 1490 |
| | Check | 03/16/2015 | Chase Checking 5068 | 16,600.00 | 1164 |
| **Jun 15, '15 - Jun 15, 16** | | | | **142,392.17** | |

# United States Bankruptcy Court
## Middle District of Florida

In re **Oath Corporation** Debtor(s)

Case No. **6:16-bk-03988**
Chapter **11**

## LIST OF EQUITY SECURITY HOLDERS - AMENDED

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **David M. Golloher**<br>**1286 Earl Drive**<br>**Merritt Island, FL 32952** | | | **100%** |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **President** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date **August 2, 2016**

Signature **/s/ David M. Golloher**
**David M. Golloher**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.


Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

# United States Bankruptcy Court
## Middle District of Florida

In re **Oath Corporation** Case No. **6:16-bk-03988**

Debtor(s) Chapter **11**

# VERIFICATION OF CREDITOR MATRIX - AMENDED

I, the President of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date: **August 2, 2016**

**/s/ David M. Golloher**
**David M. Golloher**/**President**
Signer/Title

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com 

Oath Corporation
1938 Murrell Road
Rockledge, FL 32955

Roman V. Hammes
Roman V. Hammes, P.L.
1920 North Orange Ave
Suite 100
Orlando, FL 32804

ADT Security Services
P.O. Box 371878
Pittsburgh, PA 15250

AFCO Insurance
P.O. Box 371889
Pittsburgh, PA 15250

Air Centers of Florida
9311 Solar Drive
Tampa, FL 33619

Allan Fine
25 Hurwood Ave
Merritt Island, FL 32953

Alro Metals
2505 Forsyth Rd
Orlando, FL 32807

Alro Steel
Department 771478
P.O. Box 77000
Detroit, MI 48277

Alternative for Industry
2251 Whitefield Pk
Sarasota, FL 34243

Arturo Limonta
2882 Bellwind Circle
Rockledge, FL 32955

AT & T Uverse
P.O. Box 5014
Carol Stream, IL 60197

Beach Locksmith & Safe Place
1980 N. Atlantic Ave #126
Cocoa Beach, FL 32931

Beyel Brothers
P.O. Box 236246
Cocoa, FL 32923

Brevard Physicians Associate
Radiology dept.
P.O. Box 2400
Melbourne, FL 32902

Brighthouse Networks
P.O. Box 30574
Tampa, FL 33630

Carlos Arrieta
1431 N.E. 103 St
Miami, FL 33138

City of Cocoa
P.O. Box 1270
Cocoa, FL 32923

Clear Ballistics, LLC
717 South Zero Street
Fort Smith, AR 72902

Cornerstone Supply
5860 Timuquana Rd
Jacksonville, FL 32210

Crystal Springs
P.O. Box 660579
Dallas, TX 75266-0579

David E. Peterson, Esq.
Lowndes, Drosdick, Dostic
Kantor & Reed
P.O. Box 2809
Orlando, FL 32802

David M. Golloher
1286 Earl Drive
Merritt Island, FL 32952

Derek K. Miller
3138 Lowndes Drive
Winter Park, FL 32792

Dixon Electric
2170 W. King Street, Ste C3
Cocoa, FL 32926

Emily R. Hatfield
12100 Sterling University Ln
Orlando, FL 32826

Esperson Technical Services
9430 4th Ave
Orlando, FL 32824

Florida Dept of Revenue-GTA
Melbourne Service Center
6300 N. Wickham Road
Suite 133A
Melbourne, FL 32940

Florida Power
FPL General Mail Facility
Miami, FL 33188

Florida Workers Comp JUA
P.O. Box 660336
Dallas, TX 75266

Forward Financing, LLC
36 Bromfield Street
Suite 210
Boston, MA 02108

Gary L. O Neal
17888 67th Ct N
Loxahatchee, FL 33470-3000

Health First
6450 US Hwy 1
Rockledge, FL 32955

ICBM Business Services Inc.
P.O. Box 578
Titusville, FL 32781

Incorp Services
3773 Howard Hughes Pkwy
Suite 500s
Las Vegas, NV 89169

Indoor Comfort Experts
2459 Cheny Hwy
Unit #71
Titusville, FL 32780

Internal Revenue Service
P.O. BOX 7346
Philadelphia, PA 19101-7346

Internal Revenue Service
400 W. Bay St M/S 5720
Jacksonville, FL 32202

International Patent &
Trademark Index
Olsanska 54/3
130 00 Praha 3
CZECH REPULIC

International Patent &
Trademark Organization
P.O. Box 48
64700 Bmo
CZECH REPUBLIC

Jag Window Tinting
725 S. Cocoa Blvd
Cocoa, FL 32922

Jordan Longanecker
7190 N. Highway 1
Cocoa, FL 32927

Justin K. Pradt
362 Flicler Circle
Satellite Beach, FL 32937

Keith B. Calvert
3150 N. Atlantic Ave
Cocoa Beach, FL 32931

Kevin Weldon
742 Bantry Ct
Merritt Island, FL 32953

Kim Bonsail
800 Manderine St
Merritt Island, FL 32953

Lacey's Lock Service
150 Barton Blvd
Rockledge, FL 32955

Mager Dolce & Paruas, LLC
2719 Hollywood Blvd
Hollywood, FL 33020

Martindale Electric
P.O. Box 72419
Cleveland, OH 44192

Matthew Bragg
3977 Tradewinds Trail
Merritt Island, FL 32953

Michael Duarte
2802 Bellwind Circle
Rockledge, FL 32955

Nathaniel S. Perrin
720 Aloha Ave
Cocoa, FL 32927

Nicholas Bocci
450 Newfound Harbor
FL 32852

Nicholas J. Bandy
965 Bellaire lane
Rockledge, FL 32955

Oak Wholesale Dist
259 Gus Hipp Blvd
Rockledge, FL 32955

Paradise Heat and Air
543 N. Courtenay Pkwy
Merritt Island, FL 32953

Paul Keesee
1276 Sangria Circle
Rockledge, FL 32955

Pitney Bowes
P.O. Box 371874
Pittsburgh, PA 15250

Richard Kurtz
c/o William Hearon, P.A.
One SE third Ave, #3000
Miami, FL 33131

RJP Holdings, Inc.
Attn: Patrick McDonough
1865 Rockledge Drive
Rockledge, FL 32955

Robert M. Coplen, Esq.
Robert M. Coplen, P.A.
10225 Ulmetron Rd, Ste 5A
Largo, FL 33771

Roger E. Bassin
4439 Chiming Lane
Rockledge, FL 32955

RPT Servis s.r.o.
P.O. Box 75
CZ-69002
CZECH REPULIC

Ruben Altenor
1686 Nebraska St NE
Palm Bay, FL 32907

SF Travis Company
Drawer 490
Cocoa, FL 32922

Southstar Capital, LLC
830 Low Country Blvd
Mount Pleasant, SC 29464

Spacecoast Fire and Safety
420 Manor Drive
Merritt Island, FL 32952

Spacecoast Protection Inc.
P.O. Box 121762
Melbourne, FL 32912

Steven B. Detrie
450 Amity Ave
Cocoa, FL 32927

Steven B. Detrie, Jr.
450 Amity Ave
Cocoa, FL 32927

T & D Materials
Manufacturing, LLC
1101 Sussex Blvd, Suite 2
Broomall, PA 19008

T-Mobile
P.O. Box 742596
Cincinnati, OH 45274

Thomas C. Jandris
2512 Glenridge Circle
Merritt Island, FL 32953

Thomas-Horstemeyer
400 Interstate N Pkwy
Suite 1500
Atlanta, GA 30339

Trese Printing
2040 Murrell Rd
Rockledge, FL 32955

Uline
P.O. Box 88741
Chicago, IL 60680

United States Brass & Copper
976 Eagle Way
Chicago, IL 60678

UPS
P.O. Box 7477-0244
Philadelphia, PA 19170

Utica Leaseco, LLC
905 South Boulevard East
Rochester, MI 48307

Verizon Wireless
P.O. Box 4001
Acworth, GA 30101

Waste Management
P.O. Box 105453
Atlanta, GA 30348

William D. Reppert
129 NE Third St
Satellite Beach, FL 32937

Williams Metals &
Welding Alloys
125 Strafford Ave, Ste. 108
Wayne, PA 19087

XPO Logistics
P.O. Box 5160
Portland, OR 97208